No. 87–177.   QUAST *v.* QUAST.   Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 87–178.   PACIFIC GAS & ELECTRIC CO. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 87–181.   SRULOWITZ *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–182.   ALOE COAL CO. ET AL. *v.* CLARK EQUIPMENT CO. C. A. 3d Cir.   Certiorari denied.

No. 87–184.   SCHARFFE *v.* PERKINS ET AL.   C. A. 6th Cir. Certiorari denied.

No. 87–185.   PAYNE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–187.   WRIGHT *v.* CAYAN.   C. A. 2d Cir.   Certiorari denied.

No. 87–189.   KING ET VIR *v.* CLARE ET AL.   Super. Ct. Pa. Certiorari denied.

No. 87–190.   MARTIN *v.* ST. JOE CONTAINER CO.   C. A. 6th Cir.   Certiorari denied.

No. 87–191.   FLAMM ET VIR *v.* EBERSTADT ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–192.   FUNNELL, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF FUNNELL, ET AL. *v.* JONES ET AL.   Sup. Ct. Okla.   Certiorari denied.

No. 87–194.   TI-COATING, INC. *v.* SCHWARZKOPF DEVELOPMENT CORP.   C. A. 2d Cir.   Certiorari denied.

No. 87–195.   PENK ET AL. *v.* OREGON STATE BOARD OF HIGHER EDUCATION.   C. A. 9th Cir.   Certiorari denied.

No. 87–196.   DOBBS *v.* FORD MOTOR CO. ET AL. (two cases). C. A. 3d Cir.   Certiorari denied.